UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ALLEN LASHAWN PYRON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF CORRECTIONS –<br>CENTRAL OFFICE, TOM ROY,<br>Commissioner Department of Corrections,<br>MINNCOR INDUSTRIES, INC.,<br>GUY PRIAS, CEO Minncor Industries, Inc.,<br>SKYWORTH ELECTRONIC COPORATION,<br>SKYWORTH/ AMP'D ELECTRONICS, INC.,<br>ACCESS CATALOG, DEPARTMENT OF<br>HUMAN SERVICES, LUCINDA JESSON,<br>Commissioner Department of Human<br>Services, and DEPARTMENT OF HUMAN<br>SERVICES,<br><br>　　　　　Defendants. | Civil No. 12-1760 (PJS/JJG)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

　　　The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

　　　Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

　　　**IT IS HEREBY ORDERED** that:

　　　1.　　The Report and Recommendation are **ADOPTED**;

　　　2.　　Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2

3. This action is summarily **DISMISSED** for lack of jurisdiction.


**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: 08/21/12    s/Patrick J. Schiltz
                   PATRICK J. SCHILTZ
                   United States District Judge